UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>             Petitioner,<br><br>    vs.<br><br>STATE OF WASHINGTON,<br><br>             Respondent. | NO.  CV-06-5026-EFS<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

By Order filed May 30, 2006, the Court advised Petitioner Ignacio Cobos of the deficiencies of his habeas corpus petition and granted him the opportunity to cure those deficiencies within sixty (60) days. Petitioner, a prisoner at the Benton County Jail, has filed nothing further in this action.

Therefore, **IT IS ORDERED** the Petition is **DISMISSED without prejudice** for lack of personal jurisdiction over the Respondent. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 1

last known address and close the file.

**DATED** this ___23rd___ day of August 2006.


                                    ___S/ Edward F. Shea___
                                       EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\5026.dismiss.wpd

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 2